# Tirelli Law Group, LLC

Westchester Financial Center
50 MAIN STREET, STE. 1265
WHITE PLAINS, NEW YORK 10606
PHONE (914)732-3222

Linda M. Tirelli*
Victoria Lehning**
Irina Lust ***
Todd Cushner ***
Alfred Hatem***

*Admitted CT, USDCCT, SDNY, EDNY and SCOTUS
**Senior Associate Admitted NY, USDC SDNY, EDNY
*** Of Counsel

June 30, 2021

Hon. Judge Sean H. Lane
United States Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

> RE:   In re Consingh 19-23034
> In re Farkas 19-22520
> In re Frankel 19-22281
> In re Akerib 19-22276
> In re Pelle 19-22229
> In re Kolkowski 19-22172
> In re Gizzo 19-22051
> In re Faupel 19-22007
> In re Desmond 18-23750
> In re Brown 18-23036
> In re Kramer 18-2240
> In re Watson 18-22923
> In re Occipinti 18-22690
> In re Cretekos 18-22239
> In re Berger 17-22921
> In re Jackson 16-23514
> In re Reyes 16-22556

Dear Honorable Judge Lane:

Please allow this correspondence to serve as my request for an adjournment of the *sua sponte* Orders to Show Cause in the above referenced matters from August 4, 2021 to October 20, 2021.  I am in the process of retaining counsel and they will need additional time to get up to speed on all seventeen (17) matters.

In addition, Please allow this correspondence to serve as my request to extend my time to submit responsive papers to September 20, 2021.

This request is made with the consent of Mr. Andy Velez-Rivera of the Office of the United States Trustee.  I also consulted on the proposed adjourned date with Ms. Mercado of the Clerk's office.

Should you honor grant the within request, our office will docket Notices of Adjournment in the above referenced matters.

Thank you for you time and attention to this request.  I remain

Very truly yours,

/s/ Linda M Tirelli
Linda M Tirelli, Esq.

cc: Andy Velez-Rivera, AUST *via email* *andy.velez-rivera@usdoj.gov*