

**Department of Taxation and Finance**

Civil Enforcement Division – Bankruptcy Unit
PO Box 5300, Albany NY 12205



RECEIVED

JAN 0 3 2022

U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

December 24, 2021

KRISTA PREUSS, TRUSTEE
399 KNOLLWOOD RD, SUITE 102
WHITE PLAINS, NY 10603-1936

Re:  BLOSSOM J. BISSENT CONSINGH
     Case number: 19-23034

To whom it may concern,

We have received the following payments for the above referenced chapter 13 case:

| Payment Date | Payment Number | Payment Amount |
|---|---|---|
| 11/30/2021 | 657295 | $242.07 |

Payments and credits previously applied to the debtor's case have reduced the New York State Department of Taxation and Finance's claim balance to zero. We are returning the payments listed above, since the debtor's claim liabilities have been fully satisfied. Please adjust your records accordingly and discontinue sending payments for the above referenced case number.

If you have any questions, please contact the Bankruptcy Unit at 518-457-3160.

Sincerely,

Marla Wolter
Office Assistant III

Enclosure: 1215210487593

CC: Bankruptcy Court Clerk