UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In Re

Justo Reyes,

       Debtor.

Chapter 13
Case No. 16-22556-shl

---------------------------------------------------------x

In Re

Karen Jackson,

       Debtor.

Chapter 13
Case No. 16-23514-shl

---------------------------------------------------------x

In Re

Janet Berger,

       Debtor.

Chapter 13
Case No. 17-22921-shl

---------------------------------------------------------x

In Re

Anastasia Cretekos,

       Debtor.

Chapter 13
Case No. 18-22239-shl

---------------------------------------------------------x

In Re

Frank Occhipinti,

       Debtor.

Chapter 13
Case No. 18-22690-shl

---------------------------------------------------------x

In Re

Richard Graham Watson,

       Debtor.

Chapter 13
Case No. 18-22923-shl

---------------------------------------------------------x

---------------------------------------------------------x

In Re

Douglas Kramer,

        Debtor.

Chapter 13
Case No. 18-22940-shl

---------------------------------------------------------x

In Re

Charmaine J Brown,

        Debtor.

Chapter 13
Case No. 18-23036-shl

---------------------------------------------------------x

In Re

Janice K. Desmond,

        Debtor.

Chapter 13
Case No. 18-23750-shl

---------------------------------------------------------x

In Re

Suzanne Faupel,

        Debtor.

Chapter 13
Case No. 19-22007-shl

---------------------------------------------------------x

In Re

Christopher Rocco Gizzo,

        Debtor.

Chapter 13
Case No. 19-22051-shl

---------------------------------------------------------x

In Re

John Kolkowski,

        Debtor.

Chapter 13
Case No. 19-22172-shl

---------------------------------------------------------x

```
------------------------------------------------------------x
In Re                                                              Chapter 13
Catherine Pelle,                                                   Case No. 19-22229-shl
        Debtor.
------------------------------------------------------------x
In Re                                                              Chapter 13
David Daniel Akerib,                                               Case No. 19-22276-shl
        Debtor.
------------------------------------------------------------x
In Re                                                              Chapter 13
Sarah Frankel,                                                     Case No. 19-22281-shl
        Debtor.
------------------------------------------------------------x
In Re                                                              Chapter 13
Malka Farkas,                                                      Case No. 19-22520-shl
        Debtor.
------------------------------------------------------------x
In Re                                                              Chapter 13
Blossom Joyce Consingh,                                            Case No. 19-23034-shl
        Debtor.
------------------------------------------------------------x
```
















Krista Preuss, Standing Chapter 13 Trustee, SDNY

*S/Krista Preuss*   Dated    June 8, 2022
399 Knollwood Road, Suite No. 102
White Plains, NY 10603
914 928 6333