UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In Re

Justo Reyes,

        Debtor.

Chapter 13
Case No. 16-22556-shl

------------------------------------------------------------x

In Re

Karen Jackson,

        Debtor.

Chapter 13
Case No. 16-23514-shl

------------------------------------------------------------x

In Re

Janet Berger,

        Debtor.

Chapter 13
Case No. 17-22921-shl

------------------------------------------------------------x

In Re

Anastasia Cretekos,

        Debtor.

Chapter 13
Case No. 18-22239-shl

------------------------------------------------------------x

In Re

Frank Occhipinti,

        Debtor.

Chapter 13
Case No. 18-22690-shl

------------------------------------------------------------x

In Re

Richard Graham Watson,

        Debtor.

Chapter 13
Case No. 18-22923-shl

------------------------------------------------------------x

------------------------------------------------------------x

In Re

Douglas Kramer,

        Debtor.

Chapter 13
Case No. 18-22940-shl

------------------------------------------------------------x

In Re

Charmaine J Brown,

        Debtor.

Chapter 13
Case No. 18-23036-shl

------------------------------------------------------------x

In Re

Janice K. Desmond,

        Debtor.

Chapter 13
Case No. 18-23750-shl

------------------------------------------------------------x

In Re

Suzanne Faupel,

        Debtor.

Chapter 13
Case No. 19-22007-shl

------------------------------------------------------------x

In Re

Christopher Rocco Gizzo,

        Debtor.

Chapter 13
Case No. 19-22051-shl

------------------------------------------------------------x

In Re

John Kolkowski,

        Debtor.

Chapter 13
Case No. 19-22172-shl

------------------------------------------------------------x

-------------------------------------------------------x

In Re

Catherine Pelle,

        Debtor.

Chapter 13
Case No. 19-22229-shl

-------------------------------------------------------x

In Re

David Daniel Akerib,

        Debtor.

Chapter 13
Case No. 19-22276-shl

-------------------------------------------------------x

In Re

Sarah Frankel,

        Debtor.

Chapter 13
Case No. 19-22281-shl

-------------------------------------------------------x

In Re

Malka Farkas,

        Debtor.

Chapter 13
Case No. 19-22520-shl

-------------------------------------------------------x

In Re

Blossom Joyce Consingh,

        Debtor.

Chapter 13
Case No. 19-23034-shl

-------------------------------------------------------x



Dated: White Plains, New York,
June 22, 2022

Krista Preuss, Standing Chapter 13 Trustee, SDNY

*S/Krista Preuss*
399 Knollwood Road, Suite No. 102
White Plains, NY 10603
914 928 6333